IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DERRISE HOWARD,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-0089

Opinion filed March 10, 2017.

An appeal from an order of the Circuit Court for Duval County.
Jack M. Schemer, Judge.

Derrise Howard, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

      Upon consideration of appellant's response to the Court's order dated January 10, 2017, and having determined the appeal is untimely, the appeal is hereby DISMISSED. The dismissal is without prejudice to appellant filing a petition for belated appeal pursuant to Florida Rule of Appellate Procedure 9.141(c).

ROBERTS, C. J., WINOKUR and M.K. THOMAS, JJ., CONCUR.